**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**
**SALT LAKE CITY DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 17-27651 |
| | § | |
| JOHN CURTIS BOLTON | § | |
| ELIZABETH CAMILLE BOLTON | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David L. Miller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $13,610.86 | Assets Exempt: | $7,600.00 |
| Total Distributions to Claimants: | $3,116.54 | Claims Discharged Without Payment: | $22,002.97 |
| Total Expenses of Administration: | $1,089.46 | | |

3)      Total gross receipts of $4,206.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,206.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $20,950.00 | $18,850.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,089.46 | $1,089.46 | $1,089.46 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $44,247.36 | $21,619.09 | $21,619.09 | $3,116.54 |
| **Total Disbursements** | $65,197.36 | $41,558.55 | $22,708.55 | $4,206.00 |

4). This case was originally filed under chapter 7 on 08/31/2017. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/09/2018                    By:    /s/ David L. Miller
                                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2017 Tax Refunds (Federal & State) | 1224-000 | $4,206.00 |
| **TOTAL GROSS RECEIPTS** | | $4,206.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Logan Medical Federal Credit Union | 4210-000 | $20,950.00 | $18,850.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $20,950.00 | $18,850.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David L. Miller, Trustee | 2100-000 | NA | $1,051.50 | $1,051.50 | $1,051.50 |
| David L. Miller, Trustee | 2200-000 | NA | $14.99 | $14.99 | $14.99 |
| Integrity Bank | 2600-000 | NA | $22.97 | $22.97 | $22.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,089.46 | $1,089.46 | $1,089.46 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | USTC | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | North America Recovery | 7100-000 | $248.00 | $248.71 | $248.71 | $35.85 |
| 2 | Discover Bank | 7100-000 | $7,499.61 | $7,499.61 | $7,499.61 | $1,081.12 |
| 3 | Discover Bank | 7100-000 | $7,750.33 | $7,750.35 | $7,750.35 | $1,117.27 |
| 4a | Logan Medical Federal Credit Union | 7100-000 | $20,950.00 | $888.17 | $888.17 | $128.04 |
| 5 | Verizon | 7100-000 | $0.00 | $965.89 | $965.89 | $139.24 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $3,881.00 | $3,846.30 | $3,846.30 | $554.47 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $418.00 | $420.06 | $420.06 | $60.55 |
| | Capitl One Bank | 7100-000 | $523.00 | $0.00 | $0.00 | $0.00 |
| | Citi | 7100-000 | $2,977.42 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $44,247.36 | $21,619.09 | $21,619.09 | $3,116.54 |

UST Form 101-7-TDR (10/1/2010)

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:    1          Exhibit 8

| Case No.: | 17-27651-KRA | Trustee Name: | DAVID L MILLER |
|---|---|---|---|
| Case Name: | BOLTON, JOHN CURTIS AND BOLTON, ELIZABETH CAMILLE | Date Filed (f) or Converted (c): | 08/31/2017 (f) |
| For the Period Ending: | 10/9/2018 | §341(a) Meeting Date: | 10/04/2017 |
| | | Claims Bar Date: | 06/08/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   2017 Tax Refunds (Federal & State)            (u) | $0.00 | $4,206.00 | | $4,206.00 | FA |
| 2   2015 Hyundia Santa Fe  Mileage: 57,800 | $19,000.00 | $0.00 | | $0.00 | FA |
| 3   Pots and Pans | $15.00 | $0.00 | | $0.00 | FA |
| 4   Table/Chairs | $50.00 | $0.00 | | $0.00 | FA |
| 5   Beds/Bedding/Dresserss | $250.00 | $0.00 | | $0.00 | FA |
| 6   Sofa/Loveseat/End Tables/Lamps | $300.00 | $0.00 | | $0.00 | FA |
| 7   BBQ Grill/Misc Tools | $50.00 | $0.00 | | $0.00 | FA |
| 8   Television/DVD Player | $150.00 | $0.00 | | $0.00 | FA |
| 9   Computer/Desk/Printer | $200.00 | $0.00 | | $0.00 | FA |
| 10  Kids Bikes | $100.00 | $0.00 | | $0.00 | FA |
| 11  Clothing for 5 | $500.00 | $0.00 | | $0.00 | FA |
| 12  Wedding Rings | $550.00 | $0.00 | | $0.00 | FA |
| 13  Misc Jewlery | $25.00 | $0.00 | | $0.00 | FA |
| 14  Cash | $0.00 | $0.00 | | $0.00 | FA |
| 15  Checking 351-2 Logan Medical Credit Union | $20.86 | $0.00 | | $0.00 | FA |
| **Asset Notes:**   Amended to change schedule value amount to $20.86. | | | | | |
| 16  Logan Medical CU Savings                    (u) | $0.00 | $0.00 | | $0.00 | FA |
| 17  PayPal                                       (u) | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                    **Gross Value of Remaining Assets**

|  | $21,210.86 | $4,206.00 | | $4,206.00 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

2017 taxes, 4-1 to 9-1 bank statements, amend re business and prepaid rent, possible 727 issues

TFR; TDR.

**Initial Projected Date Of Final Report (TFR):**    08/31/2018          **Current Projected Date Of Final Report (TFR):**          /s/ DAVID L MILLER

DAVID L MILLER

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 17-27651-KRA | |
| **Case Name:** | BOLTON, JOHN CURTIS AND BOLTON, ELIZABETH CAMILLE | |
| **Primary Taxpayer ID #:** | **-***2088 | |
| **Co-Debtor Taxpayer ID #:** | **-***2089 | |
| **For Period Beginning:** | 8/31/2017 | |
| **For Period Ending:** | 10/9/2018 | |

| | |
|---|---|
| **Trustee Name:** | David L. Miller |
| **Bank Name:** | Independent Bank |
| **Checking Acct #:** | ******7651 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $1,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/07/2018 | (1) | Bolton - US Treasury | 2017 Federal tax refund | 1224-000 | $3,990.00 | | $3,990.00 |
| 03/21/2018 | (1) | Bolton - Logan Medical FCU Cashier's Check | Payment towards 2017 Tax Refunds (Federal & | 1224-000 | $216.00 | | $4,206.00 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.68 | $4,201.32 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.04 | $4,195.28 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.23 | $4,189.05 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $6.02 | $4,183.03 |
| 09/07/2018 | 3001 | David L. Miller | Trustee Expenses - ORDER SIGNED 9/6/2018 | 2200-000 | | $14.99 | $4,168.04 |
| 09/07/2018 | 3002 | David L. Miller | Trustee Compensation - ORDER SIGNED 9/6/2018 | 2100-000 | | $1,051.50 | $3,116.54 |
| 09/07/2018 | 3003 | North America Recovery | Final  Account Number: ; Amount Allowed: 248.71; Distribution Dividend: 14.42; Amount Claimed: 248.71; Claim #: 1; Notes: (1-1) Rocky Mountain Emrgcy Spclsts-Logan; Dividend: 0.85; | 7100-000 | | $35.85 | $3,080.69 |
| 09/07/2018 | 3004 | Discover Bank | Final  Account Number: ; Amount Allowed: 7,499.61; Distribution Dividend: 14.42; Amount Claimed: 7,499.61; Claim #: 2; Notes: ; Dividend: 25.84; | 7100-000 | | $1,081.12 | $1,999.57 |
| 09/07/2018 | 3005 | Discover Bank | Final  Account Number: ; Amount Allowed: 7,750.35; Distribution Dividend: 14.42; Amount Claimed: 7,750.35; Claim #: 3; Notes: ; Dividend: 26.70; | 7100-000 | | $1,117.27 | $882.30 |
| 09/07/2018 | 3006 | Logan Medical Federal Credit Union | Final  Account Number: ; Amount Allowed: 888.17; Distribution Dividend: 14.42; Amount Claimed: 888.17; Claim #: 4; Notes: ; Dividend: 3.06; | 7100-000 | | $128.04 | $754.26 |
| 09/07/2018 | 3007 | Verizon | Final  Account Number: ; Amount Allowed: 965.89; Distribution Dividend: 14.42; Amount Claimed: 965.89; Claim #: 5; Notes: ; Dividend: 3.32; | 7100-000 | | $139.24 | $615.02 |
| 09/07/2018 | 3008 | PYOD, LLC its successors and assigns as assignee | Final  Account Number: ; Amount Allowed: 3,846.30; Distribution Dividend: 14.42; Amount Claimed: 3,846.30; Claim #: 6; Notes: ; Dividend: 13.25; | 7100-000 | | $554.47 | $60.55 |

| | | | **SUBTOTALS** | | $4,206.00 | $4,145.45 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 17-27651-KRA | **Trustee Name:** David L. Miller |
| **Case Name:** | BOLTON, JOHN CURTIS AND BOLTON, ELIZABETH CAMILLE | **Bank Name:** Independent Bank |
| **Primary Taxpayer ID #:** | **-***2088 | **Checking Acct #:** ******7651 |
| **Co-Debtor Taxpayer ID #:** | **-***2089 | **Account Title:** |
| **For Period Beginning:** | 8/31/2017 | **Blanket bond (per case limit):** $1,000,000.00 |
| **For Period Ending:** | 10/9/2018 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/07/2018 | 3009 | PYOD, LLC its successors and assigns as assignee | Final  Account Number: ; Amount Allowed: 420.06; Distribution Dividend: 14.42; Amount Claimed: 420.06; Claim #: 7; Notes: ; Dividend: 1.44; | 7100-000 | | $60.55 | $0.00 |

|  | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $4,206.00 | $4,206.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $4,206.00 | $4,206.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $4,206.00 | $4,206.00 | |

| For the period of  8/31/2017 to 10/9/2018 | | For the entire history of the account between 03/06/2018 to 10/9/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,206.00 | Total Compensable Receipts: | $4,206.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,206.00 | Total Comp/Non Comp Receipts: | $4,206.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,206.00 | Total Compensable Disbursements: | $4,206.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $4,206.00 | Total Comp/Non Comp  Disbursements: | $4,206.00 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 17-27651-KRA | | Trustee Name: | David L. Miller |
| Case Name: | BOLTON, JOHN CURTIS AND BOLTON, ELIZABETH CAMILLE | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2088 | | Checking Acct #: | ******7651 |
| Co-Debtor Taxpayer ID #: | **-***2089 | | Account Title: | |
| For Period Beginning: | 8/31/2017 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 10/9/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | | $4,206.00 | $4,206.00 | $0.00 |

**For the period of 8/31/2017 to 10/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $4,206.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,206.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,206.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,206.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/31/2017 to 10/9/2018**

| | |
|---|---|
| Total Compensable Receipts: | $4,206.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,206.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,206.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,206.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID L. MILLER

DAVID L. MILLER